UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

KC **FILED**
JAN 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

**08CR  0084**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Hon. Morton Denlow |
| MUHAMED KOVACIC | ) | No. |

The undersigned Affiant personally appeared before **MORTON DENLOW**, a United States Magistrate Judge, and being duly sworn on oath, states: That at **EASTERN DISTRICT OF WASHINGTON** one **MUHAMED KOVACIC** was charged in a complaint with violation of Sections **1341 and 2** of the United States Code, Title **18**, for the offense of **MAIL FRAUD**, and Section **1349** of the United States Code, Title **18**, for the offense of **CONSPIRACY TO COMMIT MAIL FRAUD**, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
ZRINKA DILBER
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this
__31 st__ day of ___January___, 2008.

_____
MORTON DENLOW
United States Magistrate Judge

SHOSHANA L. GILLERS
Assistant U.S. Attorney

RETURN TO CLERK USDC
P.O. BOX 1493
SPOKANE, WA 99210

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

Plaintiff(s)

v.

MUHAMED KOVACIC

Defendant(s)

**WARRANT FOR ARREST**

Case Number: CR-08-10-EFS-4

To: The United States Marshal and any Authorized U.S. Officer

YOU ARE HEREBY COMMANDED to arrest MUHAMED KOVACIC

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n) indictment charging him or her with violation of

18 USC 1341 and 2 MAIL FRAUD
18 USC 1349 CONSPIRACY TO COMMIT MAIL FRAUD

JAMES R. LARSEN

by: *Renee Demente* (signature)
Deputy Clerk

CLERK, U.S. DISTRICT COURT

January 23, 2008      at Spokane, WA

BAIL FIXED AT AUSA seeks Detention
BY HONORABLE MAGISTRATE JUDGE CYNTHIA IMBROGNO

### RETURN ON WARRANT

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

AO-442 - WARRANT FOR ARREST