# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 84 - 1 | **DATE** | 1/31/2008 |
| **CASE TITLE** | USA vs. Muhamed Kovacic | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 1/31/08. Defendant informed of rights. Enter order appointing Rose Lindsay to represent defendant. Defendant to remain in custody pending detention hearing, identity and removal hearing set for 2/4/08 at 11:45 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | DK |
|---|---|---|