UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**  **OFFICE OF THE CLERK**
    **CLERK**     February 22, 2008

Mr. James R. Larsen, Clerk
United States District Court
Thomas S. Foley United States
Courthouse, Suite 840
920 West Riverside Avenue
Spokane, WA 99201-1010

**Re:**   USA v. Muhamed Kovacic - 08 CR 0084

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 84 | _X_ Order of Removal dated: 2/4/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| ____ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | _X_ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | _X_ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

    Sincerely yours,

    Michael W. Dobbins, Clerk

    by: _____
      Marsha E. Glenn , Deputy Clerk