| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X S. Bliss  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>S. BLISS |
| 1. Article Addressed to:  08 CR 84<br><br>Mr. James R. Larsen, Clerk<br>United States District Court<br>Thomas S. Foley United States Courthouse, Suite 840<br>920 West Riverside Avenue<br>Spokane, WA 99201-1010 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>08 CR 84<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 6416 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED

MAR 4 2008 YM
Mar 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT