UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

08-CR-10 EFS 4

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
February 22, 2008

Mr. James R. Larsen, Clerk
United States District Court
Thomas S. Foley United States
Courthouse, Suite 840
920 West Riverside Avenue
Spokane, WA 99201-1010

F I L E D
MAR. 5, 2008
MAR - 5 2008  AC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re:   USA v. Muhamed Kovacic - 08 CR 0084

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_  Docket Sheet, Case No.: 08 CR 84 | _X_ Order of Removal dated: 2/4/08 |
| _X_   Affidavit in Removal | ____ Final Commitment Proceedings |
| ____ Financial Affidavit | ____ Temporary Commitment |
| _X_  Order appointing counsel | _X_ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | _X_ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
Michael W. Dobbins, Clerk
by /s/
Marsha E. Glenn, Deputy Clerk

Vicki Johnson
Deputy Clerk

**RECEIVED**
Feb. 28, 2008
FEB 28 2008
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON